35494. CLARK *et al. v.* ASSOCIATES DISCOUNT CORPORATION.

TOWNSEND, J. An order striking an answer is not a final judgment, nor would a judgment thereon have been a final disposition of the case if rendered as claimed by the plaintiff in error. Code § 6-701; *Ross* v. *Mercer,* 115 *Ga.* 353 (41 S. E. 594); *Johnson* v. *Battle,* 120 *Ga.* 649 (48 S. E. 128); *Rabhan* v. *Rabhan,* 185 *Ga.* 355 (1) (195 S. E. 193). . The bill of exceptions here, the sole assignment of error in which is on the sustaining of a demurrer to the answer, assigns error on no final judgment, and must accordingly be dismissed as premature, and this is true although there is no motion to dismiss, for the court is without jurisdiction to determine any question therein. *American Agricultural Chemical Co.* v. *Bank of Madison,* 34 *Ga. App.* 62 (128 S. E. 208); *Gilbert* v. *Tippens,* 183 *Ga.* 497 (3) (188 S. E. 699).

*Writ of error dismissed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED JANUARY 27, 1955.

*William B. Jones,* for plaintiffs in error.
*Levy, Buffington & Levy,* contra.